1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | NO.   CV-12-470-JLQ |
| vs. | ) ) ) | |
| 2000 FORD EXCURSION, WASHINGTON LICENSE PLATE 569 WUQ, VIN: 1FMNU43S2YED72948, and, | ) ) ) ) ) | FINAL ORDER OF FORFEITURE |
| 2006 DODGE CHARGER, WASHINGTON LICENSE PLATE AFR8949, VIN: 2B3KA53H16H104149, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant vehicles are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  (ECF No. 1).

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.    The Defendant property being forfeited is described as follows:

    1)    2000 Ford Excursion, Washington License Plate 569 WUQ, VIN: 1FMNU43S2YED72948, seized on or about January 19, 2012, in Spokane, Washington, by the Federal Bureau of Investigation, pursuant to a federal search warrant.

ORDER - 1

2)    2006 Dodge Charger, Washington License Plate AFR8949, VIN: 2B3KA53H16H104149, seized on or about January 19, 2012, in Spokane, Washington, by the Federal Bureau of Investigation, pursuant to a federal search warrant.

On August 28, 2012, the Clerk's office issued the Warrant of Arrest In Rem, pursuant to the Court's order of the same date. (ECF No. 6).

On September 19, 2012, the Warrant of Arrest In Rem was returned executed. (ECF No. 8).

Notice of Civil Forfeiture Action was posted on the official government website beginning August 25, through September 23, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on August 23, 2012. (ECF No. 18). At the latest, the claim period expired on October 24, 2012.

On or about September 19, 2012, Eduardo Padilla, was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Order Reassigning Case, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture. (ECF No. 9). Based upon the direct notice's service date the last date to file a timely claim was October 24, 2012. To date, no claim of interest from Eduardo Padilla has been received or filed with the Court. On January 9, 2013, the United States filed a Motion for Default as to Eduardo Padilla. (ECF No. 19). On January 10, 2013, the Clerk entered a default order as to Eduardo Padilla. (ECF No. 22).

On or about September 19, 2012, Ryan Doherty, was served, via certified mail, return receipt requested, Verified Complaint for Forfeiture In Rem, Order Reassigning Case, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture. (ECF No. 10). On or about September 21, 2012, Ryan Doherty, was served, via certified mail, return receipt requested, Verified Complaint for Forfeiture In Rem, Order Reassigning Case, Warrant of

ORDER - 2

Arrest In Rem, and Notice of Complaint for Forfeiture in care of his attorney, Julian Trejo. (ECF No. 13). Based upon the direct notice's service date the last date to file a timely claim was October 26, 2012. To date, no claim of interest from Ryan Doherty has been received or filed with the Court. On October 3, 2012, the United States filed a Stipulation for Order of Forfeiture signed by Ryan Doherty, in which he agreed to forfeit the Defendant vehicles to the United States. (ECF No. 14).

On or about September 19, 2012, Yuritzi Padilla, was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Order Reassigning Case, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture. (ECF No. 11). Based upon the direct notice's service date the last date to file a timely claim was October 24, 2012. To date, no claim of interest from Yuritzi Padilla has been received or filed with the Court. On January 9, 2013, the United States filed a Motion for Default as to Yuritzi Padilla. (ECF No. 21). On January 10, 2013, the Clerk entered a default order as to Yuritzi Padilla. (ECF No. 24).

On or about September 20, 2012, Gricelda Padilla, was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Order Reassigning Case, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture. (ECF No. 12). Based upon the direct notice's service date the last date to file a timely claim was October 25, 2012. To date, no claim of interest from Gricelda Padilla has been received or filed with the Court. On January 9, 2013, the United States filed a Motion for Default as to Gricelda Padilla. (ECF No. 20). On January 10, 2013, the Clerk entered a default order as to Gricelda Padilla. (ECF No. 23).

Notice of Civil Forfeiture Action was posted on the official government website beginning August 25, through September 23, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as

ORDER - 3

1  evidenced by the Notice of Publication filed herein on August 23, 2012. (ECF No. 18).  At
2  the latest, the claim period expired on October 24, 2012.
3        It appearing to the Court that any and all potential claimant's interest in the defendant
4  property has been resolved through the entry of the Clerk's Order of Default as to Eduardo
5  Padilla, Yuritzi Padilla and Gricelda Padilla; and, by the Stipulation for Order of Forfeiture
6  filed herein, forfeiting Ryan Doherty's interest in the Defendant vehicles to the United States.
7        It also appearing to the Court that no other timely claims have been made to the
8  defendant property;

      **IT IS THEREFORE ORDERED:**

      1. The United States' Motion for Forfeiture of Property (**ECF No. 25**) is **GRANTED**; and

      2. The Defendant property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person; and

      3. The United States shall dispose of the forfeited Defendant property in accordance with law.

      The Clerk of the Court shall enter this Order, provide copies to counsel, and **CLOSE THE FILE**.

      DATED this 7th day of February, 2013.

                  **s/ Justin L. Quackenbush**
                  **JUSTIN L. QUACKENBUSH**
      **SENIOR UNITED STATES DISTRICT JUDGE**